JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERICA ALLEN PHOTOGRAPHY LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> EVERYTABLE PBC, a Delaware corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-10341-MEMF-AGR <br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **ORDER GRANTING ENTRY OF PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE** |

1  Upon consideration of the Parties' Joint Stipulation for Entry of Permanent Injunction and Dismissal with Prejudice, and it appearing that good cause exists to grant the requested relief, IT IS HEREBY ORDERED that:

1. This Court has jurisdiction over the Parties and the subject matter in this case ("Action") and that venue is proper in this judicial district.

2. Pursuant to 17 U.S.C. § 502, as of the date of this Court's Order, Everytable and its assigns, licensees, sublicensees, heirs, executors, directors, officers, owners, employees, parent companies, direct and indirect subsidiary companies, partnerships, partners, joint ventures, joint venturers, networks, representatives, agents, attorneys, insurers, predecessors-in-interest, successors-in-interest affiliates, affiliated companies and entities, and all persons acting on any of their behalves or under its authority are hereby and permanently enjoined and prohibited from making any further sale, license, distribution, reproduction, public display or other use or exploitation whatsoever EAP's copyrighted photographs identified in **Exhibit 1** hereto ("Photographs") or any derivatives thereof. Everytable shall require that its affiliated companies, owners, members, managers, directors, officers, attorneys, agents, representatives and employees, successors and assigns comply with all terms of this injunction.

3. If EAP believes Everytable is making infringing use of one of the Photographs, and wishes to seek relief under the Permanent Injunction Order, EAP shall provide prompt written notice to Everytable of the alleged infringement with sufficient specificity to afford Everytable an opportunity to cure. Sufficient specificity shall mean, at a minimum: (1) identification of the Photograph(s) allegedly infringed; (2) identification of the location(s) where EAP believes the infringement is occurring; and (3) any evidence of the alleged infringement (i.e., URLs, photographs of the infringing content, etc,). Everytable shall have fourteen (14) days from receipt of such notice cease the allegedly infringing use. Everytable shall provide written notice to EAP of such cure within the 14-day period. If

Everytable fails to cure within the 14-day period, EAP shall have an immediate right to seek relief under this Permanent Injunction Order. In seeking such relief, EAP shall attach a copy of all correspondence with Everytable concerning the alleged infringement for which it seeks relief. Regardless of whether or not Everytable cures and ceases the allegedly infringing use within 14 days, nothing in this notice-and-opportunity-to-cure provision shall limit, waive, derogate or otherwise diminish EAP's right and ability to seek any additional form of relief for the alleged infringement, including but not limited to monetary or other injunctive relief.

4.  This Court **SHALL RESERVE AND RETAIN JURISDICTION** of this Action to the extent necessary to ensure full compliance with all obligations imposed by the permanent injunction entered herein, including the enforcement thereof by way of contempt or otherwise. The obligations of the parties, as set forth herein, **SHALL BE ENFORCED**, if necessary, exclusively by this Court.

5.  Everytable waives any appeal and any challenge of the validity of the permanent injunction entered herein.

6.  The Court shall reserve and retain jurisdiction to enforce the terms of the permanent injunction entered herein and to adjudicate any and all disputes arising out of or concerning the settlement agreement between the Parties.

7.  Each Party shall bear its own costs and attorneys' fees incurred to date in this Action.

8.  All claims filed in this Action are dismissed from this Action with prejudice.

IT IS SO ORDERED.

Dated: July 10, 2025

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

# EXHIBIT 1

Exhibit 1

| Title of Work and Image of Work | U.S. Registration Number |
|---|---|
| **Title:** web_Allen_220805_Everytable_August_Cravabowls_169 <br> **Image of Work:** | VA 2-394-975 |
| **Title:** web_Allen_220805_Everytable_August_Cravabowls_189 <br> **Image of Work:** | VA 2-394-975 |

| | |
|---|---|
| **Title:** web_Allen_220615_Everytable_New Website_759<br>**Image of Work:**<br> | VA 2-394-975 |
| **Title:** web_Allen_220805_Everytable August_Cravabowls_173<br>**Image of Work:** | VA 2-394-975 |

| | |
|---|---|
| **Title:** web_Allen_220615_Everytable_New_Website_527<br>**Image of Work:**<br> | VA 2-394-975 |
| **Title:** web_Allen_230117_Everytable_January7686<br>**Image of Work:**<br> | VA 2-376-493 |

| | |
|---|---|
| **Title:** web_Allen_230117_Everytable_January7892<br>**Image of Work:**<br> | VA 2-376-493 |